1 LAW OFFICES OF BILL LATOUR
2 MARK VER PLANCK [CSBN: 257274]
3    1420 E. Cooley Dr., Suite 100
     Colton, California 92324
4    Telephone: (909) 796-4560
5    Facsimile: (909) 796-3402
     E-Mail: fed.latour@yahoo.com
6
7 Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10
                                    )    No. 2:22-CV-05412 - DFM
11 MICHAEL D. BUTLER,               )
                                    )    ORDER AWARDING EAJA FEES
12                                  )
       Plaintiff,                   )
13                                  )
                                    )
14     v.                           )
                                    )
15 KILOLO KIJAKAZI, Acting          )
16 Commissioner of Social Security, )
                                    )
17                                  )
       Defendant.
18

19     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
20     IT IS ORDERED that EAJA attorney fees are awarded in the amount of  FOUR
21 THOUSAND SIX HUNDRED AND 00/100 ($4,600), and costs in the amount of
22 ZERO ($0.00), subject to the terms of the stipulation.
23
24 DATE:  March 8, 2023
25
26                              _____
27                              HON DOUGLAS F. McCORMICK
                                UNITED STATES MAGISTRATE JUDGE
28

                                   -1-